# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ABDULHAKIM MUHAMMAD**                                                          **PETITIONER**
*ADC #150550*

V.                          CASE NO. 4:20-cv-01477-BRW-JTK

**DEXTER PAYNE**
*Director,*
*Arkansas Department of Corrections*                                             **RESPONDENT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court approves and adopts the findings and recommendations in their entirety. Judgment will be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

IT IS SO ORDERED this 7th day of January, 2022.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE