### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ABDULHAKIM MUHAMMAD**                                          **PETITIONER**
*ADC #150550*

**V.**                          **CASE NO. 4:20-cv-01477-BRW-JTK**

**DEXTER PAYNE**
*Director,*
*Arkansas Department of Corrections*                            **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED

and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of January, 2022.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE